GREENBERG TRAURIG, LLP
Roger B. Kaplan (No. 027461982)
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677
Tel: (973) 360-7957
Fax: (973) 295-1257
KaplanR@gtlaw.com
*Attorneys for Movants/Proposed Intervenors*
*Moag & Co., LLC and John A. Moag Jr.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE APPLICATION OF DANIEL SNYDER for an Order Directing Discovery from Verizon Communications, Inc. Pursuant to 28 U.S.C. § 1782 | Case No. 21-cv-00819<br><br>**NOTICE OF MOTION TO INTERVENE AND TO TRANSFER CASE TO DISTRICT OF MARYLAND** |

To: David Murphy, Esq.
    506 Carnegie Center, Suite 300
    Princeton, NJ, 08540
    dmurphy@reedsmith.com

    Jordan W. Siev
    *(Pro Hac Vice Motion Forthcoming)*
    599 Lexington Avenue, 22nd Floor
    New York, NY 10022
    Tel: (212) 521-5400
    jsiev@reedsmith.com

PLEASE TAKE NOTICE that, on February 16, 2021, or on such adjourned date as determined by the Court, movants/proposed intervenors Moag & Company, LLC and John A. Moag Jr., by their undersigned counsel, hereby move to intervene pursuant to Rule 24(a)(2) and (b)(1), Fed. R. Civ. P., and to transfer this action to the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1404(a). As set forth in the accompanying Memorandum of Law in Support, Movants are the real parties in interest for the discovery sought by Petitioner Daniel Snyder, and Petitioner and Movants are currently engaged in litigation in the District of Maryland over the same materials sought by Petitioner through this action. The convenience of

7597692.1

parties and witnesses and the interests of justice warrant transferring this Petition to the District of Maryland, where it might have been brought.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

| | |
|---|---|
| Dated: Jan. 19, 2021 | Respectfully submitted, |
| | GREENBERG TAURIG, LLP |
| | By:  /s/ Roger B. Kaplan |
| | ———————————— |
| Of Counsel: | Roger B. Kaplan (No. 027461982)<br>500 Campus Drive, Suite 400 |
| William J. Murphy*<br>John J. Connolly*<br>ZUCKERMAN SPAEDER LLP<br>100 E. Pratt St., Suite 2440<br>Baltimore, Maryland 21202<br>(410) 332-0444<br>(410) 659-0436 (fax)<br>wmurphy@zuckerman.com<br>jconnolly@zuckerman.com | Florham Park, NJ 07932-0677<br>Tel: (973) 360-7957<br>Fax: (973) 295-1257<br>KaplanR@gtlaw.com<br>        -and-<br>Joe R. Reeder*<br>Stephen T. Fowler*<br>GREENBERG TRAURIG, LLP<br>2101 L Street N.W.<br>Washington, DC 20037<br>(202) 331-3100<br>reederj@gtlaw.com<br>fowlerst@gtlaw.com |
| *Attorneys for Movants* | |
| *Not admitted in New Jersey | *Attorneys for Movants* |
| | *Not admitted in New Jersey |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Intervene and Transfer and the accompanying Memorandum in Support were served on counsel of record via ECF and sent by first-class, postage-prepaid mail to Verizon Communications, Inc., One Verizon Way, Basking Ridge, New Jersey, 07920.

/s/ *Roger B. Kaplan*
------------------------
Roger B. Kaplan

7597692.1