**GT GreenbergTraurig**

Roger B. Kaplan
Tel 973.360.7957
Fax 973.295.1257
kaplanr@gtlaw.com

February 9, 2021

<u>**Via ECF**</u>
Honorable Brian R. Martinotti
United States District Court Judge
Martin Luther King Building & Courthouse
50 Walnut Street, Newark, NJ, 0701

**In Re Application of Daniel Snyder For An Order Directing Discovery From Verizon Communications, Inc. Pursuant to 28 U.S.C. 1782, Civil Action No.: 2:21-cv-00819-BRM-ESK**

Dear Judge Martinotti:

      We are counsel to non-parties and proposed intervenors Mr. John A. Moag Jr. and Moag & Co. LLC, on their motion to intervene in this case (ECF 3). In response to Mr. Snyder's letter of February 8, 2021 (ECF 5), we write to advise the Court that our clients are currently in the process of complying with Judge Hollander's Order attached as Exhibit 1 to Mr. Snyder's letter (see ECF 5.1). We further note that, while the Moag supplemental production in Maryland may resolve or moot most of the issues before this Court on our motion to Intervene, we believe our motion should nevertheless be granted to ensure that we are able, if and as needed, to assert any privileges or other matters necessary in order protect our clients' interests in the subpoenaed documents.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: <u>*s/ Roger B. Kaplan*</u>
Roger B. Kaplan
*Attorneys for Movants and Proposed Intervenors Mr. John A. Moag, Jr. and Moag & Co. LLC*

cc: Counsel of Record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**

500 Campus Drive | Suite 400 | Florham Park, New Jersey 07932 | T +1 973.360.7900 | F +1 973.301.8410

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City.
Miami. Milan. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco.
Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ~Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; ⁺Greenberg Traurig, S.C.; ªGreenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ˜Greenberg Traurig Grzesiak sp.k.

ACTIVE 55259952v1                                                                                                                              www.gtlaw.com